UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. <u>17-20604-CR-CMA</u>

UNITED STATES OF AMERICA

vs.

LUIS ANDRES JILON ROMO,

    **Defendant.**
_____/

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **LUIS ANDRES JILON ROMO**, are sufficient to prove the guilt for Count Two of Superseding Indictment which charges the Defendant with a violation of Title 21, United States Code, Sections 959(a)(2), 963.

More specifically, from at least as early as in or about July 2016 until at least in or around January 2017, **JILON ROMO**, conspired with others to send at least one maritime shipment of a multiple hundred-kilogram load of cocaine on a go-fast vessel from Colombia to countries in Central America. **JILON ROMO** and his co-conspirators planned to deliver the cocaine to other organizations in Central America for importation into the United States. **JILON ROMO** knew that the cocaine would ultimately be unlawfully imported into the United States.

In the conspiracy, **JILON ROMO** is responsible for the shipment or attempted shipment of at least 450 kilograms of cocaine.

**JILON ROMO** has acknowledged his role in the narcotics conspiracy as described more fully in the superseding indictment and this factual summary.

1

*L. H. J. R.*

Accordingly, if this case had gone to trial, the government could prove, beyond a reasonable doubt, that the defendant did knowingly and intentionally conspire to distribute a controlled substance, namely five kilograms or more of cocaine, knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), all in violation of Title 21, United States Code, Section 963.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: _____      By: _____
                                ROBERT J. EMERY
                                ASSISTANT UNITED STATES ATTORNEY

Date: 10/9/2020            By: _____
                                DAVID A. NUNEZ
                                ATTORNEY FOR DEFENDANT

Date: 10-09-2020           By: Luis Andres Jilon Romo
                                LUIS ANDRES JILON ROMO
                                DEFENDANT

2

Accordingly, if this case had gone to trial, the government could prove, beyond a reasonable doubt, that the defendant did knowingly and intentionally conspire to distribute a controlled substance, namely five kilograms or more of cocaine, knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), all in violation of Title 21, United States Code, Section 963.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 10-13-2020    By: *Robert J. Emery*
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

Date: 10/9/2020    By: _____
DAVID A. NUNEZ
ATTORNEY FOR DEFENDANT

Date: 10-09-2020    By: Luis Andres Jilon Romo
LUIS ANDRES JILON ROMO
DEFENDANT

2