UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  17-cr-20604-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LUIS ANDRES JILON ROMO, et al,

       Defendant.
_____/

## DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

The Defendant, LUIS ANDRES JILON ROMO ("hereinafter referred to as "Defendant") by and through his undersigned counsel, respectfully files this, his Objections to the Presentence Investigation Report ("PSI"), and in support thereof states as follows:

1. On October 13, 2020, the Defendant plead guilty to a conspiracy to distribute five kilograms or more of cocaine knowing it would be imported into the United States, in violation of 21 U.S.C. § 963.

2. The *Stipulated Factual Proffer* [DE 140] shows that on or about July 2016 and around January 2017, the Defendant conspired with others to transport cocaine from Colombia to Central America, with the knowledge and understanding that at least a portion of it would be imported to the United States.

3. At the Defendant's change of plea hearing, the parties agreed that the quantity involved in the subject conspiracy was at least 150 kilograms but less than 450 kilograms of cocaine.  Thus, resulting in a decrease in the Defendant's base offense level (38) by two (2) levels to base offense level 36.

4. The parties further agreed that a two (2) point adjustment would apply to the Defendant for his role as a manager/supervisor in the subject conspiracy.

5. The Defendant objects to Paragraph 13 of the PSI. The Defendant never received the notifications from Co-Defendant Falla Ramirez that are described in paragraph 13.

6. The Defendant objects to Paragraph 15 of the PSI. The Defendant did not exchange the communications with Co-Defendant Falla Ramirez that are described in paragraph 15.

7. The Defendant objects to Paragraph 16 of the PSI. The Defendant did not exchange the communications with Co-Defendant Falla Ramirez that are described in paragraph 16.

8. The Defendant objects to Paragraph 19 of the PSI. The Defendant did not exchange the communications with Co-Defendant Falla Ramirez that are described in paragraph 19.

9. The Defendant objects to Paragraph 20 of the PSI. The Defendant did not inform Co-Defendant Falla Ramirez that the vessel, the Alejo, "was likely seized," as described in paragraph 20.

10. The Defendant objects to Paragraph 22 of the PSI. The Defendant is not responsible for 1,849 kilograms of cocaine. As described in the *Stipulated Factual Proffer* [DE 140], the Defendant is "responsible for the shipment or attempted shipment of at least 150 kilograms of cocaine." Moreover, as referenced in paragraph 3, *supra*, at the Defendant's change of plea hearing, the parties agreed that the quantity involved in the subject conspiracy was at least 150 kilograms but less than 450 kilograms of cocaine.

11. The Defendant objects to paragraph 26 of the PSI. The Defendant is not responsible for 1,849 kilograms of cocaine. He is responsible for at least 150 kilograms but less than 450 kilograms.

12. The Defendant objects to paragraph 34 of the PSI. The Defendant is not accountable for 1,849 kilograms of cocaine, but rather for at least 150 but less than 450 kilograms of cocaine. Thus, pursuant to § 2D1.1 (a)(5), (c)(2) of the Sentencing Guidelines, the Defendant has a base offense level of 36.

13. The Defendant objects to paragraph 39 of the PSI. The parties stipulated to a two (2) point adjustment for being a manager/supervisor. When calculated into the Sentencing Guidelines, his Adjusted Offense Level is 38, not 40.

14. The Defendant objects to paragraph 43 of the PSI. The Defendant's proper Adjusted Offense Level is 38. However, the Defendant demonstrated acceptance of responsibility for the offense charged. Accordingly, pursuant to § 3E1.1 (a) and (b), his offense level is decreased by a total of three (3) points, to 35.

15. The Defendant objects to paragraph 51 of the PSI. The Defendant's mother's name is Luz Anjelica Romo, not Rosa Anjelica Romo. Further, the Defendant's sister's name is Blanca Nelsi Jilon Romo, not Blanca Nancy Jilon Romo.

16. The Defendant objects to paragraph 53 of the PSI. The Defendant, in fact, informed Probation Officer Thomas that his wife, Sandra Patricia Hernandez was born on October 20, 1982, thus making her 38 years old.

17. The Defendant objects to paragraph 54 of the PSI. The Defendant, in fact, informed Probation Officer Thomas that the mother of his children, Persida Segura was born on November 1, 1981, thus making her 39 years old.

18. The Defendant objects to paragraph 73 of the PSI. The Defendant's total base offense level is 35, not 37; and, he has a criminal history category of I, which corresponds to a guideline imprisonment range of 168 – 210 months.

19.     The Defendant objects to paragraph 74 of the PSI. Notwithstanding Probation Officer Thomas' recommendation, the Defendant is not responsible for the shipment of 1,849 kilograms of cocaine. Rather, the Defendant is responsible for at least 150 kilograms but less than 450 kilograms of cocaine. Thus, his base offense level is 36.

20.     The Defendant objects to paragraphs 79, 80 and 81 of the PSI. The Defendant does not have the financial resources to pay a fine.

21.     Thus, based upon the foregoing, the Defendant's Offense Level Computation should be as follows:

| | |
|---|---:|
| § 2D1.1 (a)(5), (c)(2) (at least 150 but less than 450 kilograms of cocaine) | 36 |
| § 3B1.1 (c) (role adjustment for manager/supervisor) | +2 |
| §3E1.1 (a) (acceptance of responsibility) | -2 |
| § E1.1(b) (timely notice) | <u>-1</u> |
| Adjusted Base Offense Level | 35 |
| Guideline Range, Crim Hist. Category I | 168 – 210 months |

**WHEREFORE**, the Defendant, LUIS ANDRES JILON ROMO, respectfully requests that this Honorable Court sustain the objections contained herein as to the Presentence Investigation Report.

Respectfully submitted,

*/s/ DAVID A. NUNEZ*
David A. Nunez
MEYER & NUNEZ, P.A.
Fla. Bar No.: 646776
135 San Lorenzo Ave., Suite 620
Coral Gables, FL 33146
Tel: 305-722-9898
Fax: 305-567-9356
Email: david@nunez-law.com

**CERTIFICATE OF CM/ECF SERVICE**

I HEREBY CERTIFY that on November 30, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all corresponding parties.

/s/ DAVID A. NUNEZ
David A. Nunez