UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**LUIS ANDRES JILON ROMO**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon a review of the Sealed Motion [ECF No. 147], filed on today's date and pertaining to the hearing scheduled for next Monday, December 14, 2020. It appears Defendant has chosen not to serve the Government with a copy of the Sealed Motion. (*See id.* 7).  How will the Court know the Government's position and be able to rule on the Sealed Motion before or even at the December 14 hearing?  Defense counsel does not explain.  Being fully advised, it is

**ORDERED** that the Sealed Motion is **DENIED**.  The Clerk is instructed to return the sealed filing to the Defendant.  This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 10th day of December, 2020.

 

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record