UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-CR-20604-CMA

UNITED STATES OF AMERICA

vs.

LUIS ANDRES JILON ROMO,

        Defendant.
_____/

## GOVERNMENT'S MOTION FOR SENTENCE REDUCTION

Pursuant to United States Sentencing Guidelines ("USSG") Section 5K1.1 and 18 U.S.C. § 3553(e), to reduce the defendant's sentence to reflect the defendant Luis Andres Jilon Romo's ("Romo") substantial assistance in the investigation and prosecution of another person. In support of this motion, the Government states as follows:

1. On October 13, 2020, Romo pled guilty to a conspiracy to distribute five kilograms or more of cocaine, knowing it would be unlawfully imported into the United States.

2. The Court set sentencing for December 14, 2020.

3. Since his arrest in Colombia, the defendant has assisted the United States in the investigation and prosecution of others. At the Court's request, the United States will elaborate on the nature of the defendant's assistance at a hearing.

4. The United States will recommend a 25 percent reduction from the sentencing guideline range for Romo. Defense counsel for Romo, David Nunez, agrees with this motion, but he will inform the Court as to Romo's position on a reduction percentage.

5. WHEREFORE, the Government respectfully moves this Court for a reduction in the defendant Luis Andres Jilon Romo's sentence.

[Romo Filing]

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:   *Robert J. Emery*
    ROBERT J. EMERY
    Assistant United States Attorney
    Court ID No. A5501892
    JLK Federal Justice Building
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Telephone: 305-961-9421
    Facsimile: 305-536-4699
    Email: Robert.Emery2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11th day of December 2020, I filed the foregoing with the Clerk of the Court via CM/ECF, and thereby on counsel of record.

    *Robert J. Emery*
    ROBERT J. EMERY
    Assistant United States Attorney