UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LUIS ANDRES JILON ROMO**,

    Defendant.

_____/

## ORDER

**THIS MATTER** having come before the Court on the Defendant's Motion for Reconsideration of Order Denying Defendant's Motion to Seal [ECF No. 150]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Reconsideration of Order Denying Defendant's Motion to Seal is hereby **GRANTED**. The Defendant may refile his motion and supporting documents, with a certificate of service indicating service on opposing counsel.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December, 2020.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record