UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**LUIS ANDRES JILON ROMO**,

    Defendant.
_____/

## ORDER

**THIS MATTER** having come before the Court on the Defendant's Renewed *Sealed* Motion to Seal (1) This Motion, (2) the Courtroom for Defendant's Sentencing Hearing, and (3) the Transcript/Minutes of Sentencing Hearing. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Defendant's Renewed *Sealed* Motion to Seal (1) This Motion (2) the Courtroom for his Sentencing Hearing and (3) the Transcript/Minutes of the Sentencing Hearing is **GRANTED** in part. The Motion and attached documents are permitted to be filed under seal and shall remain under seal until December 11, 2021. The Court reserves ruling on the requests that the courtroom and transcript and minutes of the hearing be sealed. This Order shall not be filed under seal.

**DONE AND ORDERED** in Chambers, this 11th day of December, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record