UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**LUIS ANDRES JILON ROMO**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Government's Motion for Sentence Reduction Pursuant to USSG 5K1.1 [ECF No. 149]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of December, 2020.

_Cecilia M. Altonaga_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record